JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS C.,[1] <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN,[2] ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 2:23-cv-08794-PD <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Vacated and this matter is Remanded to the Social Security

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024, and under Federal Rule of Civil Procedure 25(d) is automatically substituted for Martin O'Malley as Defendant in this suit. *See* 42 U.S.C. § 405(g).

1  Administration on an open record for further proceedings consistent with the
2  Court's Order.

4  DATED: January 23, 2025

   *Patricia Donahue*
   ———————————————
   HON. PATRICIA DONAHUE
   UNITED STATES MAGISTRATE JUDGE